**Order entered July 25, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00546-CV

## RUTH TORRES, Appellant

## V.

## MARIE DIAZ, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08711**

## ORDER

We **DENY** appellant's July 19, 2018 motion for extension of time to file a brief.

/s/    ADA BROWN
       JUSTICE